IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

In Re: )
)
BRIAN MCCOSKEY, ) Case No. 22-70670
) Chapter 13
Debtor. )

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2023, a copy of the First Amended Chapter 13 Plan was served by regular United States mail to all interested parties listed below.

See Attached Matrix

And served electronically on:

U.S. Trustee

Chapter 13 Trustee, Marsha L Combs-Skinner

/s/ John L. GreenLeaf

John L. GreenLeaf

GREENLEAF LAW OFFICE, LTD.
JOHN L. GREENLEAF, JR.
Counselor at Law
2456 North Main
Decatur, IL 62526
E-mail: GreenLeafLaw@comcast.net
Telephone: (217) 422-2771

1

Label Matrix for local noticing
0753-3
Case 22-70670
Central District of Illinois
Springfield
Thu Jan 12 10:38:55 CST 2023

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Decatur Earthmover Credit Union
Brown, Hay & Stephens, LLP
c/o Lindsey A. Wise, Attorney
225 N. Water Street, Suite 402
PO Box 860
Decatur, IL 62525-0860

Bank of America, N.A.
PO Box 673033
DALLAS, TX 75267-3033

Springfield
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701-1626

Decatur Earthmover Credit Union
2600 E Dividend
Decatur, IL 62526-2100

Discover
PO Box 6105
Carol Stream, IL 60197-6105

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Donna and Kevin Oloughlin
2146 N Dennis Ave,
Decatur, IL 62526-3523

(p)FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1593

JPMorgan Chase Bank, N.A.
Robertson, Anschutz, Schneid, Crane & Pa
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Kohl's/Capital One
POB 3043
Milwaukee, WI 53201-3043

National Bank
PO Box 6185
Westerville, OH 43086-6185

U.S. Trustee
Office Of Nancy J. Gargula U.S. Trustee
401 Main St #1100
Peoria, IL 61602-1241

credit one
Po box 98873
Las Vegas, NV 89193-8873

Brian Mccoskey
1318 W. Grand
Decatur, IL 62522-1413

John L GreenLeaf Jr
GreenLeaf Law Office, Ltd.
2456 North Main Street
Decatur, IL 62526-4377

Marsha L Combs-Skinner
Chapter 13 Standing Bankruptcy Trustee
108 S. Broadway
PO Box 349
Newman, IL 61942-0349

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First National Bank
PO Box 2557
Omaha, NE 68103

(d)First National Bank Omaha
1620 Dodge St Stop Code 3113
OMAHA, NE 68197

End of Label Matrix
Mailable recipients   17
Bypassed recipients    0
Total                 17