Form amplnntc

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:* Brian Mccoskey
*Debtor*

*Case No.:* 22–70670

*Chapter:* 13

---

**NOTICE**

Notice is hereby provided:

On 1/27/23, the debtor(s) filed a First Amended Chapter 13 Plan (Document Number **39**).

If you have not received a copy of the First Amended Plan, you should contact the debtor's attorney and request a copy.

Attorney for Debtor

John L GreenLeaf Jr
GreenLeaf Law Office, Ltd.
2456 North Main Street
Decatur, IL 62526

217–422–2771

The First Amended Plan referred to above may be viewed in the Bankruptcy Clerk's office during regular business hours or on PACER (Public Access to Court Electronic Records).

If you disagree with the treatment of your claim under the First Amended Plan or do not want the First Amended Plan confirmed for any reason, the Court will consider your views upon the filing of a ***written*** objection with the Court which explains your position.

YOU ARE FURTHER NOTIFIED that **2/19/23** is set as the last date for filing a written objection to confirmation of the First Amended Plan. If no objections are filed, the Court will enter an order confirming the First Amended Plan.

Dated: 1/27/23

   /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.