**IT IS SO ORDERED.**

**SIGNED THIS: January 26, 2023**

*/s/ Mary P. Gorman*

_____
**Mary P. Gorman
United States Bankruptcy Judge**

_____

**U.S. BANKRUPTCY COURT**
Central District of Illinois

In re:   Brian Mccoskey                                                         Case No.   22-70670

Debtor.

### ORDER VACATING DISMISSAL AND REINSTATING CASE

On Motion of Debtor to vacate the Order Dismissing Case entered on January 6, 2023, the Court finds that the dismissal should be vacated.

IT IS THEREFORE ORDERED that the Order Dismissing Case is hereby vacated and the above-named case is hereby reinstated. The First Amended Chapter 13 Plan must be filed on or before February 9, 2023.

###

In re:  Case No. 22-70670-mpg
Brian Mccoskey  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0753-3 User: admin Page 1 of 2
Date Rcvd: Jan 26, 2023 Form ID: pdf012 Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Mccoskey, 1318 W. Grand, Decatur, IL 62522-1413 |
| 7338082 | + | Decatur Earthmover Credit Union, 2600 E Dividend, Decatur, IL 62526-2100 |
| 7343858 | + | Donna and Kevin Oloughlin, 2146 N Dennis Ave,, Decatur, IL 62526-3523 |
| 7338087 | + | National Bank, PO Box 6185, Westerville, OH 43086-6185 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 7338080 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 26 2023 19:33:00 | Bank of America, PO Box 851001, Dallas, TX 75285-1001 |
| 7339323 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 26 2023 19:33:00 | Bank of America, N.A., PO Box 673033, DALLAS, TX 75267-3033 |
| 7338084 | + | Email/Text: mrdiscen@discover.com | Jan 26 2023 19:33:00 | Discover, PO Box 6105, Carol Stream, IL 60197-6105 |
| 7339666 | | Email/Text: mrdiscen@discover.com | Jan 26 2023 19:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 7340966 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 26 2023 19:33:00 | First National Bank Omaha, 1620 Dodge St Stop Code 3113, OMAHA, NE 68197 |
| 7338085 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 26 2023 19:33:00 | First National Bank, PO Box 2557, Omaha, NE 68103 |
| 7343701 | + | Email/Text: RASEBN@raslg.com | Jan 26 2023 19:33:00 | JPMorgan Chase Bank, N.A., Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 7338086 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 26 2023 19:33:00 | Kohl's/Capital One, POB 3043, Milwaukee, WI 53201-3043 |
| 7338081 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 26 2023 19:40:03 | credit one, Po box 98873, Las Vegas, NV 89193-8873 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7338083 | *+ | Decatur Earthmover Credit Union, 2600 E Dividend, Decatur, IL 62526-2100 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2023     Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John L GreenLeaf, Jr | on behalf of Debtor Brian Mccoskey GreenLeafLaw@comcast.net r41246@notify.bestcase.com |
| Lindsey Wise | on behalf of Creditor Decatur Earthmover Credit Union lwise@bhslaw.com jspears@bhslaw.com |
| Marsha L Combs-Skinner | marsha@ch13cdil.com marsha@Ch13CDIL.com;marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com |
| U.S. Trustee | USTPRegion10.PE.ECF@usdoj.gov |

TOTAL: 4