Form amplnntc

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* Brian Mccoskey
*Debtor*

*Case No.:* 22−70670

*Chapter:* 13

## NOTICE

Notice is hereby provided:

On 1/27/23, the debtor(s) filed a First Amended Chapter 13 Plan (Document Number **39**).

If you have not received a copy of the First Amended Plan, you should contact the debtor's attorney and request a copy.

Attorney for Debtor

John L GreenLeaf Jr
GreenLeaf Law Office, Ltd.
2456 North Main Street
Decatur, IL 62526

217−422−2771

The First Amended Plan referred to above may be viewed in the Bankruptcy Clerk's office during regular business hours or on PACER (Public Access to Court Electronic Records).

If you disagree with the treatment of your claim under the First Amended Plan or do not want the First Amended Plan confirmed for any reason, the Court will consider your views upon the filing of a ***written*** objection with the Court which explains your position.

YOU ARE FURTHER NOTIFIED that **2/19/23** is set as the last date for filing a written objection to confirmation of the First Amended Plan. If no objections are filed, the Court will enter an order confirming the First Amended Plan.

Dated: 1/27/23

　　　　　　　　　　　　　　　　　　　　　　　　　　/S/ Adrienne D. Atkins
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.

# United States Bankruptcy Court
## Central District of Illinois

In re:  
Brian Mccoskey  
    Debtor

Case No. 22-70670-mpg  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0753-3     User: admin     Page 1 of 2  
Date Rcvd: Jan 27, 2023     Form ID: amplnntc     Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Mccoskey, 1318 W. Grand, Decatur, IL 62522-1413 |
| cr | | Decatur Earthmover Credit Union, Brown, Hay & Stephens, LLP, c/o Lindsey A. Wise, Attorney, 225 N. Water Street, Suite 402, PO Box 860 Decatur, IL 62525-0860 |
| 7338082 | + | Decatur Earthmover Credit Union, 2600 E Dividend, Decatur, IL 62526-2100 |
| 7343858 | + | Donna and Kevin Oloughlin, 2146 N Dennis Ave,, Decatur, IL 62526-3523 |
| 7338087 | + | National Bank, PO Box 6185, Westerville, OH 43086-6185 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 7338080 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 27 2023 19:35:00 | Bank of America, PO Box 851001, Dallas, TX 75285-1001 |
| 7339323 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 27 2023 19:35:00 | Bank of America, N.A., PO Box 673033, DALLAS, TX 75267-3033 |
| 7338084 | + | Email/Text: mrdiscen@discover.com | Jan 27 2023 19:35:00 | Discover, PO Box 6105, Carol Stream, IL 60197-6105 |
| 7339666 | | Email/Text: mrdiscen@discover.com | Jan 27 2023 19:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 7338085 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 27 2023 19:35:00 | First National Bank, PO Box 2557, Omaha, NE 68103 |
| 7340966 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 27 2023 19:35:00 | First National Bank Omaha, 1620 Dodge St Stop Code 3113, OMAHA, NE 68197 |
| 7343701 | + | Email/Text: RASEBN@raslg.com | Jan 27 2023 19:35:00 | JPMorgan Chase Bank, N.A., Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 7338086 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 27 2023 19:35:00 | Kohl's/Capital One, POB 3043, Milwaukee, WI 53201-3043 |
| 7338081 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 27 2023 19:38:03 | credit one, Po box 98873, Las Vegas, NV 89193-8873 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7338083 | *+ | Decatur Earthmover Credit Union, 2600 E Dividend, Decatur, IL 62526-2100 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John L GreenLeaf, Jr | on behalf of Debtor Brian Mccoskey GreenLeafLaw@comcast.net r41246@notify.bestcase.com |
| Lindsey Wise | on behalf of Creditor Decatur Earthmover Credit Union lwise@bhslaw.com jspears@bhslaw.com |
| Marsha L Combs-Skinner | marsha@ch13cdil.com marsha@Ch13CDIL.com;marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com |
| U.S. Trustee | USTPRegion10.PE.ECF@usdoj.gov |

TOTAL: 4