Form svcdef

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

**In Re:** Brian Mccoskey  **Case No.:** 22−70670
**Debtor**

**Chapter:** 13

---

## PROOF OF SERVICE DEFICIENCY NOTICE

**Notice is hereby provided:**

On 1/27/2023 a(n) First Amended Chapter 13 Plan (Doc #39) was filed. This document is deficient for the following reason:

- ☑ No Certificate of Service.

- ☐ Incomplete Certificate of Service:

- ☐ A Certificate of Service not filed with the original document served must contain a complete caption and specifically identify the document served.

- ☐ Service must be made on all parties included on the mailing matrix.

- ☐ The Certificate of Service must reflect that service was specifically made on those creditors listed on the amended schedule/list of post petition creditors who were added or modified.

- ☐ Service on a corporation must be made on an officer or agent authorized to receive service (BR 9014(b) and 7004(b)(3)).

Please file a certificate of service for this document on or before **2/3/23**. The certificate of service must be captioned properly, and must include the date of service, the name and address of each party served, the method of service, and state what is being served.

The document listed above will not be acted upon until such time as a proper certificate of service is filed.

**Failure to file the certificate of service by the date indicated may result in no action taken on the document, dismissal of the document, or the document may be stricken without further notice.**

Dated: 1/27/23

/S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to **www.ilcb.uscourts.gov** for information regarding this court's *mandatory* electronic filing policy.

| | |
|---|---|
| In re: | Case No. 22-70670-mpg |
| Brian Mccoskey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0753-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 27, 2023 | Form ID: svcdef | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

**Recip ID**    **Recipient Name and Address**
db    + Brian Mccoskey, 1318 W. Grand, Decatur, IL 62522-1413

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John L GreenLeaf, Jr | on behalf of Debtor Brian Mccoskey GreenLeafLaw@comcast.net r41246@notify.bestcase.com |
| Lindsey Wise | on behalf of Creditor Decatur Earthmover Credit Union lwise@bhslaw.com jspears@bhslaw.com |
| Marsha L Combs-Skinner | marsha@ch13cdil.com marsha@Ch13CDIL.com;marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com |
| U.S. Trustee | USTPRegion10.PE.ECF@usdoj.gov |

TOTAL: 4