**IT IS SO ORDERED.**

**SIGNED THIS: February 1, 2023**

_____
**Mary P. Gorman
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: )<br>   BRIAN MCCOSKEY )<br>   ###-##-1192, )<br>)<br>)<br>                    Debtor. ) | CASE NO. 22-70670<br><br><br>Chapter 13 |

ORDER FOR WAGE DEDUCTION

**IT IS HEREBY ORDERED THAT**

**Employer:** UPS
Attn: Garnishment Dept.
636 E. Sandy Lake Road
Coppell, TX 75019

    **Brian McCoskey**, SS# ###-##-1192 is voluntarily repaying debts under Chapter 13 of the U. S. Bankruptcy Code. **Brian McCoskey** shall have part of his/her future income deducted from his/her wages in order to repay these debts. **UPS** is authorized to make such wage deductions by authority of 11 U.S.C. § 1325(c).

    **IT IS THEREFORE ORDERED** that beginning with the first pay period following receipt of this Order, and continuing until further order of this Court, **UPS** shall, without fee or charge to the Employee, deduct **$200.00 Monthly** from **Brian McCoskey's** wages, and at least

once monthly remit all sums withheld (whether said sums are full or partial payment) to the address below made payable to **Marsha L. Combs-Skinner, Trustee,** and note on the check **Brian McCoskey** and case number; **22-70670**.

**Marsha L. Combs-Skinner**
**Chapter 13 Standing Trustee**
**P.O. Box 1133**
**Memphis, TN 38101-1133**

**THIS IS NOT A GARNISHMENT. THIS IS AN ORDER UNDER FEDERAL LAW. IT MAY BE ENFORCED BY PENALTIES FOR CONTEMPT OF COURT UNDER 11 U.S.C. § 105 OR DISCRIMINATION AGAINST DEBTORS UNDER 11 U.S.C. § 525.**

###